IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. COHEN & SONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COHEN IRON WORKS, LLC, et al | : | NO. 11-1843 |

## ORDER

**AND NOW**, this 24th day of April, 2012, upon consideration of Plaintiff's Motion for Contempt and Sanctions Against Defendants (Doc. 106), the Answer of Richard Cohen and Renee Pearlman (Doc. 109), a hearing on March 13, 2012 to show cause why the defendants should not be held in contempt and sanctions imposed, and the parties' submissions (Docs. 116, 117), the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. Cohen Iron Works, LLC and Richard Cohen are in **CONTEMPT** of the March 22, 2011 and January 26, 2012 Orders enjoining the defendants from using the name "Cohen Iron Works" or any similar names;

2. No later than May 30, 2012, Richard Cohen shall pay $2,500.00 to M. Cohen & Sons, Inc. as compensation for costs associated with his violations of the March 22, 2011 and January 26, 2012 Orders;

3. Richard Cohen shall assign the "@cohenironworks" Twitter account and "Cohen Iron Works" Manta.com profile to M. Cohen & Sons, Inc. within three days; and

4. No later than April 27, 2012, Richard Cohen shall disclose to M. Cohen & Sons, Inc. any other uses on the Internet, by him or on his behalf, of the name "Cohen Iron Works."

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.